LOUIS T. ROGERS, Respondent, v. FOX FILM CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

CLARA ROSENTHAL, Respondent, v. GABRIEL F. ROSENTHAL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

SAMUEL NEWMAN, Appellant, v. PATRICK McGOVERN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

ABRAHAM FRANKENBERG, Appellant, v. HERMAN BERKOVITZ, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

LEOPOLD HELLINGER v. THE CITY OF NEW YORK.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

WILLIAM F. CARELL v. ELIZABETH ROSENBLATT.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

JAMES B. KEESEY v. MARION O'REILLY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

WELLS AND NEWSON COMPANY v. LORENCE REALTY COMPANY.— Motion denied, without costs, if proper steps be not taken to obtain order of substitution. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

ROBERT C. McCORMICK v. JOSEPH WALKER and Another.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

PHILIP L. HOCH v. ABRAHAM S. BERNSTEIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

JOHN HALL v. NEW YORK RAILWAYS COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

JOSEPH COHEN v. MAX J. LE BOYER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

WILLIAM DELVE v. JOSEPH M. DEVERE.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

H. F. FOX COMPANY v. DAILEYS TOWING LINE, INC.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

RAPHAEL KURZROK v. NEW YORK POST GRADUATE MEDICAL SCHOOL. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

ISRAEL PALEFSKI v. BENJAMIN P. DUCAS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.